[No. 12428-2-III.    Division Three.    November 29, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
CARL BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-1-01563-1, Michael W. Leavitt, J., entered
May 5, 1992. *Affirmed* by unpublished opinion per Thomp-
son, C.J., concurred in by Munson and Sweeney, JJ.

[No. 12867-9-III.    Division Three.    November 29, 1994.]

FRANK J. RICHARDSON, ET AL, *Appellants*, v. ROGER N.
OVERMAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Stevens
County, No. 87-2-00207-0, Fred L. Stewart, J., entered Octo-
ber 30, 1992. *Affirmed* by unpublished opinion per Schul-
theis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 12708-7-III.    Division Three.    November 29, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIX
VERA GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 92-1-00057-1, Michael E. Cooper, J., entered
September 14, 1992. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Schultheis,
J.

[Nos. 16585-6-II; 16586-4-II.    Division Two.    November 30, 1994.]

THE STATE OF WASHINGTON, *Petitioner*, v. PETER
KNIGHT, ET AL, *Respondents*.

Appeals from judgments of the Superior Court for Pierce
County, Nos. 91-1-00304-3, 91-1-03913-7, Brian M. Tollefson,
J., entered October 30, 1992. *Reversed* by unpublished opin-
ion per Seinfeld, A.C.J., concurred in by Alexander and
Bridgewater, JJ.